# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALVIN WILLIAMS, : | |
|     Petitioner : | |
| : | No. 1:15-cv-1033 |
| v. : | |
| : | (Judge Kane) |
| ERIC HOLDER, Attorney General of the : | (Magistrate Judge Mehalchick) |
| United States, <u>et al.</u>, : | |
|     Respondents : | |

## **ORDER**

Before the Court in the above-captioned action is the January 27, 2017 Report and Recommendation of Magistrate Judge Mehalchick. (Doc. No. 12.) No timely objections have been filed. **ACCORDINGLY**, this 17th day of February 2017, upon review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 12) of Magistrate Judge Mehalchick;

2. Petitioner's Petition for Writ of Habeas Corpus is **DENIED** as moot; and

3. The Clerk of Court is directed to close the case.

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania